## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **Lucia A. Dockstader,** § § § | |
| **Plaintiff,** § | |
| VS. § | **CIVIL ACTION NO. 4:19-CV-4685** |
| § § | |
| **Commissioner of SSA Andrew M. Saul,** § § § | |
| **Defendant.** | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court are Plaintiff's Motion for Summary Judgment (Doc. 12) and Defendant's Motion for Summary Judgment (Doc. 16), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On January 26, 2021, Judge Palermo issued the Report and Recommendation (Doc. 18), recommending that Defendant's Motion for Summary Judgment be granted and Plaintiff's Motion for Summary Judgment be denied. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 12) is hereby **DENIED**, Defendant's Motion for Summary Judgment (Doc. 16) is hereby **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 22nd day of February, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE